UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES LAM, III, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:24-cv-01282-SEP |
| ) | |
| VITALCORE HEALTH STRATEGIES, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

Before the Court are four motions filed by Plaintiff James Lam, III. For the reasons set forth below, Plaintiff's Pro Se Motion to Subpoena Third Party, Doc. [19], and Motion for Extension of Time, Doc. [23], are granted; Plaintiff's Pro Se Motion for Alias Summons / Order Marshals to Obtain Information, Doc. [17], and Pro Se Motion to Order Marshals to Obtain Information / Motion for Alias Summons, Doc. [21], are denied as moot.

In cases where a self-represented litigant is proceeding *in forma pauperis*, "[t]he officers of the court shall issue and serve all process." 28 U.S.C. § 1915(d). This provision is compulsory. *Moore v. Jackson*, 123 F.3d 1082, 1085 (8th Cir. 1997) (citing *Mallard v. United States Dist. Court for S. Dist. of Iowa*, 490 U.S. 296, 302 (1989)). As such, a litigant proceeding *in forma pauperis* is entitled to rely on service by the United States Marshals Service. *Wright v. First Student, Inc.*, 710 F.3d 782, 783 (8th Cir. 2013). But it is a Plaintiff's responsibility to provide the information necessary for service on the defendants. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993); *see also Beyer v. Pulaski Cnty. Jail*, 589 Fed. Appx. 798, 799 (8th Cir. 2014) ("a plaintiff bears the burden of providing proper service information"). The Court therefore ordered Plaintiff to provide the first and last names of Nurse Jackie Unknown, psychiatry provider Dr. Unknown, medical counselor Unknown Summer, medical supervisor David Unknown, and medical administrator Sarah Unknown. *See* Doc. [15].

Plaintiff states that he has "made every attempt possible to find out the full names of the defendant[s], however, medical personnel [have] refused to provide [him] with this information." Doc. [17] at 1. He further states that he is currently in segregation and has limited access to a law library. *Id*. To help him identify the defendants, Plaintiff asks that the Court issue an alias summons, order the United States Marshals Service to obtain the names

from the jail, and/or issue a third-party subpoena to Daniel Keen, the Director of St. Charles Department of Corrections.  *See* Docs. [17], [19], [21].

For good cause shown, the Court will grant Plaintiff's request to subpoena a third party. The Court will direct the Clerk of Court to send Plaintiff a blank subpoena form.  Plaintiff may fill out the subpoena form and return it to the Court along with a Memorandum for Clerk requesting that the subpoena be served by the United States Marshals Service.  The Memorandum for Clerk should include the following information: (1) the name of the person or entity Plaintiff seeks to serve; (2) the specific information Plaintiff seeks; (3) how the information is relevant to his case; (4) why Plaintiff believes the person or entity to be subpoenaed has possession of the information; and (5) how he will provide the necessary costs. The Court retains discretion to refuse to issue the subpoena if Plaintiff does not provide the required information in the Memorandum for Clerk, or if the Court believes the requests are frivolous or otherwise improper.  **The subpoena form will have to be signed by the Clerk after it is returned to the Court, so Plaintiff should not sign the subpoena form.**

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Pro Se Motion to Subpoena Third Party, Doc. [19], and Motion for Extension of Time, Doc. [23], are **GRANTED**.  Plaintiff must fill out and return the subpoena form and Memorandum for Clerk **no later than Friday, October 3, 2025**.

**IT IS FURTHER ORDERED** that Plaintiff's Pro Se Motion for Alias Summons / Order Marshals to Obtain Information, Doc. [17], and Pro Se Motion to Order Marshals to Obtain Information / Motion for Alias Summons, Doc. [21], are **DENIED** as moot.

**IT IS FINALLY ORDERED** that the Clerk of Court shall send Plaintiff one (1) blank subpoena form and one (1) Memorandum for Clerk.

Dated this 6th day of August, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE